UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY SUBOCZ,<br><br>                         Plaintiff,<br><br>v.<br><br>HANZO ARCHIVES, INC., HANZO<br>ARCHIVES LIMITED, KEITH LASKA,<br>JOHN DOE (1-10) AND ABC CORP. (1-10),<br><br>                         Defendants. | Civil Case No.<br><br>NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1331, Defendants Hanzo Archives, Inc. ("Hanzo Inc."), Hanzo Archives Limited ("Hanzo Ltd") and Keith Laska ("Laska") (collectively referred to as "Defendants"), by and through the undersigned counsel, hereby remove the above-captioned action from the Superior Court of New Jersey, Law Division, Ocean County, to this Court.  The grounds for removal are as follows:

### I.       Proceedings to Date.

1.       On or about August 2, 2019, Plaintiff Courtney Subocz ("Plaintiff") filed a Complaint in the Superior Court of New Jersey, Law Division, Ocean County, captioned *Courtney Subocz v. Hanzo Archives, Inc., Hanzo Archives Limited, Keith Laska, John Does (1-10) and ABC Corp. (1-10)*, Docket No. OCN-L-001878-19.

2.       Defendant Laska was served with the Summons and Complaint on August 2, 2019.

3.       Defendants Hanzo Inc. and Hanzo Ltd. were served with the Summons and Complaint via certified and regular mail dated August 5, 2019.

4.      This Notice of Removal is timely filed within 30 days of service of the Complaint on Defendant Laska and Defendants Hanzo Inc. and Hanzo Ltd. and therefore is timely pursuant to 28 U.S.C. §1446(b)(2).

5.      Pursuant to 28 U.S.C. §1446(a), a copy of the Summons and Complaint served upon Defendant Laska is annexed hereto as Exhibit A and copies of the Summonses and Complaints served upon Defendants Hanzo Inc. and Hanzo Ltd. are annexed as Exhibit B.

## II.     Grounds for Removal – Diversity of Citizenship.

6.      According to the Complaint, and on information and belief, Plaintiff is a citizen of the State of New Jersey.

7.      Defendant Hanzo Archives, Inc. is a Delaware Corporation with its principal place of business in New York, New York.

8.      Defendant Hanzo Archives Limited is a European company with its principal place of business in West Yorkshire, United Kingdom.

9.      Defendant Keith Laska is a citizen and resident of the State of Connecticut.

10.     Diversity of citizenship existed among the parties when the Complaint was filed on or about July 23, 2019.  Diversity of citizenship still exists among the parties at the time this Notice of Removal is being filed.

11.     The matter in controversy exceeds $75,000 for the following reasons:

a.      The Plaintiff is seeking economic damages including front pay, back pay, bonus and other compensation as well as benefits;

b.      The Plaintiff is seeking emotional distress damages; and

c.      The Plaintiff is seeking punitive damages, which are to be included when considering the amount in controversy.  *Bell v. Preferred Life Assur. Soc'y of Montgomery, Ala.*, 320 U.S. 238, 240 (1943).

12.      Therefore, the United States District Court for the District of New Jersey has subject matter jurisdiction under 28 U.S.C. §1332(a) because this is a civil action in which there is complete diversity between Plaintiffs and Defendant and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

13.      Consequently, this action is removable to federal court pursuant to 28 U.S.C. §1441.

14.      All of the Defendants consent to the removal to federal court.

**III.    Venue.**

15.      This action is currently pending in the Superior Court of New Jersey, Law Division, Ocean County, which is located within the District of New Jersey.  28 U.S.C. § 110.  Therefore, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending."  28 U.S.C. § 1441(a).

**IV.    Notice.**

16.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served upon counsel for Plaintiff promptly after filing, and Defendants will file a copy of the Notice in the Superior Court of New Jersey, Law Division, Ocean County.

**V.    Conclusion.**

17.      For the foregoing reasons, Defendants remove this action from state court to this Court.  By filing this Notice of Removal, Defendants do not waive any defects in service of process, venue, personal jurisdiction, or any other defenses available to it.

FPDOCS 35979116.1

Respectfully submitted,

By: /s/ David E. Strand

David E. Strand, Esq.
FISHER & PHILLIPS LLP
430 Mountain Ave., Suite 303
Murray Hill, NJ 07974
Phone: (908) 516-1050
Fax: (908) 516-1051
E-Mail: dstrand@fisherphillips.com

Attorneys for Defendants
*Hanzo Archives, Inc., Hanzo Archives Limited and Keith Laska,*

Dated: August 30, 2019