# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY SUBOCZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HANZO ARCHIVES, INC., HANZO ARCHIVES LIMITED, KEITH LASKA, DENIS MAURIN, VICKI WINNER, JOHN DOE (1-10) AND ABC CORP. (1-10),<br><br>　　　　Defendants. | Civil Case No. 3:19-cv-17462<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Courtney Subocz ("Plaintiff") and Defendants Hanzo Archives, Inc., Hanzo Archives Limited, Keith Laska, Denis Maurin, and Vicki Winner (collectively "Defendants") by their undersigned attorneys hereby stipulate and agree that any and all claims filed herein by any party against any other party should be and hereby are dismissed with prejudice and without costs or attorneys' fees against any party.

_____
Douglas S. Bramley, Esq.
McMoran, O'Connor, Bramley & Burns, P.C.
Ramshorn Executive Centre, Bldg. D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
Phone: (732) 223-7711
E-mail: dbramley@mcmoranlaw.com
*Attorneys for Plaintiff*

Dated: 11/23/20

_____
David B. Lichtenberg, Esq.
Fisher & Phillips LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
Phone: (908) 516-1050
E-mail: dlichtenberg@fisherphillips.com

*Attorneys for Defendants*

Dated: **1-19-2021**

**SO ORDERED:**

_____
Hon. Freda L. Wolfson, U.S.D.J.

9

FP 39152934.1